Case 1:22-cr-20596-PCH   Document 4   Entered on FLSD Docket 12/22/2022   Page 1 of 15

FILED by **MM** D.C.

Dec 21, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20596-CR-HUCK/BECERRA**
CASE NO. _____

18 U.S.C. § 1201(a)(1)
18 U.S.C. § 2113(a) and (d)
18 U.S.C. § 2119
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 982(a)(5)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 924(d)(1)

**UNITED STATES OF AMERICA**

vs.

**STEVENSON CHARLES,**

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Carjacking
### (18 U.S.C. § 2119(1))

On or about October 23, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2021 Honda Accord, from the person and presence of another, that is "D.M.," by force and violence, and by intimidation, in violation of Title 18, United States Code, Section 2119(1).

## COUNT 2
**Brandishing a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about October 23, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 2119(1), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(l)(A).

Pursuant to Title 18, United States Code, Section 924(c)(l)(A)(ii), it is further alleged that the firearm was brandished.

## COUNT 3
**Kidnapping**
**(18 U.S.C. § 1201(a)(1))**

Beginning on or about October 23, 2022, and continuing through on or about October 24, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

did knowingly and willfully seize, confine, inveigle, kidnap, abduct, and carry away, a person, that is "D.M.," and did hold that person for reward and otherwise, that is, for the purpose of financial gain, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT 4
## Bank Robbery
## (18 U.S.C. § 2113(a) and (d))

On or about October 24, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

## STEVENSON CHARLES,

by force and violence, and by intimidation, did knowingly take from the person and presence of another, that is, "D.M.," approximately three hundred and eighty dollars ($380), in United States currency, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and, in committing this offense, did assault and put in jeopardy the life of "D.M." by use of a dangerous weapon, that is, a firearm, in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 5
## Bank Robbery
## (18 U.S.C. § 2113(a) and (d))

On or about October 24, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

## STEVENSON CHARLES,

by force and violence, and by intimidation, did knowingly take from the person and presence of another, that is, "D.M.," approximately seven hundred and sixty dollars ($760), in United States currency, belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and, in committing this offense, did assault and put in jeopardy the life of "D.M." by use of a dangerous weapon, that is, a firearm, in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 6
## Carjacking
## (18 U.S.C. § 2119(1))

On or about November 2, 2022, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2022 Toyota Highlander, from the person and presence of another, that is "A.A.," by force and violence, and by intimidation, in violation of Title 18, United States Code, Section 2119(1).

## COUNT 7
## Brandishing a Firearm in Furtherance of a Crime of Violence
## (18 U.S.C. § 924(c)(1)(A)(ii))

On or about November 2, 2022, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 2119(1), as charged in Count 6 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

## COUNT 8
### Kidnapping
### (18 U.S.C. § 1201(a)(1))

On or about November 2, 2022, in Miami-Dade County and Broward Counties, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

did knowingly and willfully seize, confine, inveigle, kidnap, abduct, and carry away, a person, that is "A.A.," and did hold that person for reward and otherwise, that is, for the purpose of financial gain, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT 9
### Carjacking
### (18 U.S.C. § 2119(2))

On or about November 6, 2022, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2016 Toyota Camry, from the person and presence of another, that is "K.J." by force and violence, and by intimidation, in violation of Title 18, United States Code, Section 2119(2).

Pursuant to Title 18, United States Code, Section 2119(2), it is further alleged that serious bodily injury resulted, as defined by Title 18, United States Code, Section 1365.

## COUNT 10
### Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii) and (iii))

On or about November 6, 2022, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 2119(2), as charged in Count 10 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii) and (iii), it is further alleged that the firearm was brandished and discharged.

## COUNT 11
### Kidnapping
### (18 U.S.C. § 1201(a)(1))

On or about November 6, 2022, in Miami-Dade County and Broward Counties, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

did knowingly and willfully seize, confine, inveigle, kidnap, abduct, and carry away, a person, that is "K.J.," and did hold that person for reward and otherwise, that is, for the purpose financial gain, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT 12
### Kidnapping
### (18 U.S.C. § 1201(a)(1))

On or about November 6, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

did knowingly and willfully seize, confine, inveigle, kidnap, abduct, and carry away, a person, that is "O.N.," and did hold that person for reward and otherwise, that is, for the purpose of financial gain, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT 13
### Kidnapping
### (18 U.S.C. § 1201(a)(1))

On or about November 6, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

did knowingly and willfully seize, confine, inveigle, kidnap, abduct, and carry away, a person, that is "A.G.," and did hold that person for reward and otherwise, that is, for the purpose of financial gain, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT 14
### Bank Robbery
### (18 U.S.C. § 2113(a) and (d))

On or about November 6, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

### STEVENSON CHARLES,

by force and violence, and by intimidation, did knowingly take from the person and presence of another, that is, "O.N.," one thousand dollars ($1,000), in United States currency, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and, in committing this offense, did assault and put in jeopardy the life of "O.N." by use of a dangerous weapon, that is, a firearm, in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 15
### Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about November 6, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

### STEVENSON CHARLES,

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 2113(a) and (d), as charged in Count 14 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(l)(A).

Pursuant to Title 18, United States Code, Section 924(c)(l)(A)(ii), it is further alleged that the firearm was brandished.

## COUNT 16
### Bank Robbery
### (18 U.S.C. § 2113(a) and (d))

On or about November 6, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

by force and violence, and by intimidation, did knowingly take from the person and presence of another, that is, "A.G.," eight hundred dollars ($800), in United States currency, belonging to and in the care, custody, control, management, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and, in committing this offense, did assault and put in jeopardy the life of "A.G." by use of a dangerous weapon, that is, a firearm, in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 17
### Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about November 6, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**STEVENSON CHARLES,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 2113(a) and (d), as charged in Count 16 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(l)(A).

Pursuant to Title 18, United States Code, Section 924(c)(l)(A)(ii), it is further alleged that the firearm was brandished.

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **STEVENSON CHARLES,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2119, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense, pursuant to Title 18, United States Code, Section 982(a)(5).

3. Upon conviction of a violation of Title 18, United States Code, Section[s] 1201 and/or 2113, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

4. Upon conviction of a violation of Title 18, United States Code, Section 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(l), 981(a)(1)(C), and 982(a)(5), and the procedures set forth int Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

███████████
~~FOREPERSON~~

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

STEVENSON CHARLES,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

[✓] Miami   [ ] Key West   [ ] FTL
[ ] WPB    [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __10__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days       [ ]
   II   6 to 10 days      [✓]
   III  11 to 20 days     [ ]
   IV   21 to 60 days     [ ]
   V    61 days and over  [ ]

   (Check only one)
   Petty        [ ]
   Minor        [ ]
   Misdemeanor  [ ]
   Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **22-mj-03927-Damian**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **November 18, 2022**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Elena Smukler
Assistant United States Attorney
FLA Bar No.        91025

\*Penalty Sheet(s) attached                                                                 REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** STEVENSON CHARLES

**Case No:**

Counts #: 1, 6

Carjacking

Title 18, United States Code, Section 2119(1)
* Max. Term of Imprisonment: 15 years
* Mandatory Min. Term of Imprisonment: N/A
* Max. Supervised Release: 3 years
* Min. Supervised Release: N/A
* Max. Fine: $250,000 Fine
* Special Assessment: $100 plus

Count #: 2, 7, 15, 17

Brandishing a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)
* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: 7 years
* Max. Supervised Release: 5 years
* Min. Supervised Release: N/A
* Max. Fine: $250,000 Fine
* Special Assessment: $100

Counts #: 3, 8, 11, 12, 13

Kidnapping

Title 18, United States Code, Section 1201(a)(1)
* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: N/A
* Max. Supervised Release: 5 years
* Min. Supervised Release: N/A
* Max. Fine: $250,000 Fine
* Special Assessment: $100

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

Counts #: 4, 5, 14, 16

Bank Robbery

Title 18, United States Code, Section 2113(a) and (d)
* Max. Term of Imprisonment: 25 years
* Mandatory Min. Term of Imprisonment: N/A
* Max. Supervised Release: 5 years
* Min. Supervised Release: N/A
* Max. Fine: $250,000 Fine
* Special Assessment: $100

Count #: 9

Carjacking

Title 18, United States Code, Section 2119(2)
* Max. Term of Imprisonment: 25 years
* Mandatory Min. Term of Imprisonment: N/A
* Max. Supervised Release: 5 years
* Min. Supervised Release: N/A
* Max. Fine: $250,000 Fine
* Special Assessment: $100 plus

Count #: 10

Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii) and (iii)
* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: 10 years
* Max. Supervised Release: 5 years
* Min. Supervised Release: N/A
* Max. Fine: $250,000 Fine
* Special Assessment: $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: STEVENSON CHARLES

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By:   /s/Elena Smukler
      AUSA Elena Smukler

Last Known Address:  Custody of BOP

What Facility:  _____

Agent(s):   Tom Pavletic, Special Agent, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)
(**OTHER**)