UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20596-PCH

UNITED STATES OF AMERICA,

vs.

STEVENSON CHARLES,

      Defendant.
_____/

## UNITED STATES' NOTICE OF APPEAL

NOTICE is hereby given that the United States of America, pursuant to Title 18, United States Code, Section 3742(b) and Title 28, United States Code, Section 1291, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment and Commitment Order entered on April 25, 2023 as to Stevenson Charles [DE 53].

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

/s/ Elena Smukler
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 91025
99 N.E. 4th Street
Miami, Florida 33132-2111
305.961.9444
Elena.Smukler@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on 22nd[th] day of May, 2023, with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record through CM/ECF.

/s/ Elena Smukler
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEY